■ In the Matter of SAM COLMAN, Respondent, v F. WILSON SMITH et al., Constituting the Board of Elections of the County of Rockland, Respondents, and ALFRED J. BRODERICK, Appellant.

— Order of the Supreme Court, Rockland County (Reed, J.), dated August 29, 1984, affirmed insofar as appealed from, without costs or disbursements. No opinion. Titone, J. P., Lazer, Mangano and Gibbons, JJ., concur.